IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRAVELERS PERSONAL INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD JONES, an individual; and KARINA HARRIS, an individual,<br><br>Defendants. | No. 3:26-cv-06139<br><br>**COMPLAINT IN INTERPLEADER** |

Plaintiff in Interpleader, Travelers Personal Insurance Company (Travelers), submits the following Complaint in Interpleader.

## I. INTRODUCTION

1.1 This litigation arises out of a first-party property insurance claim submitted by Mr. Richard Jones (Mr. Jones) and Ms. Karina Harris (Ms. Harris) to Travelers. Specifically, Mr. Jones and Ms. Harris have each claimed to be insureds under the subject Travelers policy, and have requested reimbursement under that policy for property damage occurring at a residence owned by Mr. Jones. Travelers has repeatedly attempted to tender the undisputed portion of the insurance proceeds to both Mr. Jones and Ms. Harris in order to satisfy its obligations under the



LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

subject property policy. Both Ms. Harris and Mr. Jones are currently in a dispute as to who is entitled to those funds.

1.2 Accordingly, Travelers seeks a judicial determination setting forth how the $89,327.55 policy payment, tendered by Travelers, should be distributed amongst the Defendants in this matter with respect to the property damage, personal property loss, and loss of use expenses arising from the subject loss discussed below. Travelers takes no position with respect to how the $89,327.55 shall be allocated amongst the Defendants.

1.3 Travelers requests that this Court interplead the $89,327.55 tendered to the Defendants into the registry of the Court and requests that this Court distribute the funds as it deems just and equitable.

1.4 In addition to seeking judicial approval to interplead the disputed funds, Travelers also seeks both a declaration of its rights and obligations under the policy, as well as a declaration that it has fully compensated any and all potential insureds under the policy for any covered losses in regard to this claim.

## II. PARTIES

2.1 Plaintiff Travelers is a foreign insurer organized under the laws of the State of Connecticut with its principal place of business in the State of Connecticut.

2.2 Upon information and belief, Defendant Richard Jones is a citizen of the State of Washington.

2.3 Upon information and belief, Defendant Karina Harris is a citizen of the State of Washington.

//

//



LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

## III. JURISDICTION AND VENUE

3.1 Jurisdiction is properly before this Court pursuant to 28 U.S.C. §1332, *et. seq.*, as complete diversity exists among the Parties and the amount in controversy exceeds $75,000.

3.2 Venue is proper in this Court pursuant to 28 U.S.C. § 1391 as this action involves a dispute over the distribution of insurance funds under a policy of insurance issued to Mr. Jones, whom upon information and belief is a citizen of the state of Washinton. Further, upon information and belief, Ms. Harris is also a citizen of the state of Washinton. Venue is also proper in this Court because the events giving rise to this claim occurred in Thurston County, Washington and the policy discussed below is a policy of insurance issued in Washington.

3.3 This Court has jurisdiction over the Declaratory Judgment action pursuant to 28 U.S.C. § 2201 because there is an actual and justiciable controversy between the Parties with respect to the distribution of insurance funds under the policy issued by Travelers. A judicial determination and declaration of the rights and obligations of the Parties is necessary and appropriate at this time because Travelers has no adequate remedy at law which will resolve the current controversy.

## IV. STATEMENT OF FACTS

### A. Background

4.1 At the time of the subject loss discussed below, Defendant Richard Jones was insured under a homeowners policy issued by Travelers, policy No. 617585508-633-1 (effective between July 9, 2025 and July 9, 2026) (the "Policy"). The Policy's **Coverage A – Dwelling** property damage limits are $350,000.00. The Policy's **Coverage C – Personal Property** loss limits are $150,000.00. The Policy's **Coverage D – Loss of Use** Additional Living Expense (ALE) limits are $50,000.00.



LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

4.2 On October 29, 2025, a claim for property damage arising out of a windstorm was reported to Travelers, occurring at the home located at 5412 Kinney Rd SW Olympia WA 98512 (the "Subject Property").

4.3 Defendant Karina Harris, allegedly on behalf of Richard Jones, stated that, during the windstorm, a tree fell striking the property (the "Subject Loss").

4.4 Following the Subject Loss, Travelers conducted a good faith investigation as to the nature of the Subject Loss and the damages arising out of the Subject Loss. Travelers' investigation included review of all available information, correspondence, and documents submitted.

4.5 As a result of Travelers' good faith investigation, Travelers determined coverage was available and issued payments totaling $89,327.55 under **Coverages A**, **C**, and **D** of the Policy.

4.6 Thereafter, Travelers made numerous attempts to ascertain how the Defendants would like Travelers to disperse the aforementioned payments. Specifically, Travelers previously named both Richard Jones and Karina Harris on the payments made under **Coverage A**. On August 27, 2026 and September 11, 2026, Travelers requested clarification from Defendants if they preferred for both Defendants to be named on these payments. To date, Travelers has not received any clarification on this request.

4.7 To date, those payments have not been deposited into a bank account owned by either Richard Jones or Karina Harris.

**B. <u>Identification of the Policy</u>**

4.8 Travelers issued a homeowner's policy of insurance to Mr. Richard Jones, policy No. 0I6791-617585508-633-1, which was in effect between July 9, 2025 through July 6, 2025.



LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

4.9 The Policy provides the following limits: $350,000 under **Coverage A – Dwelling**; $200,000 under **Coverage B – Other Structures**; $150,000 under **Coverage C – Personal Property**; and $70,000 under **Coverage D – Loss of Use**.

4.10 Mr. Richard Jones was the named insured under the Policy.

4.11 The Travelers Policy contains the following language with regard to who is an insured:

> **12.** "Insured" means:
>
> **a.** You and resident of your household who are:
>
> **(1)** Your relatives [. . . .]

HQ-D77 WA (05-17)

4.12 Ms. Karina Harris was residing at the Subject Property at the time of the Subject Loss and therefore qualifies as an "insured" as that term is defined by the Policy.

4.13 In addition to the provisions cited above, Travelers pleads all other conditions, terms, provisions, limitations, definitions, and exclusions of the Travelers Policy, which may be found to be applicable to Travelers' investigation, and Travelers reserves the right to amend this Complaint as additional and/or more specific information becomes available.

4.14 Travelers further reserves the right to amend this Complaint to include such other coverage defenses that may arise due to future conduct of any parties or third-parties thereto.

## V. CAUSE OF ACTION – INTERPLEADER OF CURRENT CLAIMS

5.1 Pursuant to 28 U.S.C. § 1335, Travelers is in possession of insurance proceeds in the amount of $89,327.55, for which Defendants in this action are asserting claims of right.

5.2 Travelers disclaims any right to the disputed funds and will deposit the full amount of such money with the Clerk of the Court.



LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

5.3 Travelers asks that the Court make any and all necessary orders for the distribution, preservation, or protection of the subject funds for any parties claiming and entitlement thereto.

## VI. CAUSE OF ACTION – INTERPLEADER OF POTENTIAL FUTURE CLAIMS

6.1 As this matter is ongoing, it is foreseeable that further claims for benefits under the Policy may become necessary to complete repairs to the Subject Property.

6.2 Travelers reserves the right to deposit any further necessary funds into the Court's registry for distribution as the Court deems necessary.

## VII. CAUSE OF ACTION - REQUEST FOR DECLARATORY RELIEF

7.1 An actual and justiciable controversy exists as to whether Travelers has, by depositing the disputed funds with the Clerk of the Court and by bringing this Complaint in Interpleader, fulfilled its duty to indemnify its insureds pursuant to the terms and conditions of the subject Policy.

7.2 As a result, Travelers requests this Court find, as a matter of law, that Travelers has fully complied with all obligations under the subject Policy, and that no additional amounts are owed to either Mr. Jones or Ms. Harris in regard to this claim.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Travelers, having alleged the foregoing, hereby prays for the following relief:

1. That the Defendants in Interpleader be required to interplead and litigate amongst themselves their claims to the proceeds described herein;

2. That the Court determine and enter any appropriate orders setting forth the proper recipients of the proceeds described herein;



LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

3. For a declaration that Travelers is not obligated to pay any costs accruing in this action;

4. For Travelers to be permitted to deposit further funds as deemed necessary and reasonable under the Policy;

5. That Travelers be awarded its costs in bringing this action to be determined by the Court and paid out of the proceeds described herein; and

6. For such other and further relief as the Court deems just and equitable.

DATED this 18th day of September 2026.

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
*/s/ Ellen McGraw*
Ellen McGraw, WSBA #60240
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444 / F: (206) 467-5544
tlether@letherlaw.com
emcgraw@letherlaw.com
*Counsel for Plaintiff Travelers Personal Insurance Company*